1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JANE ELIZABETH BOYLE | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN, | : | |
| Commissioner of Social Security | : | NO. 13-5332 |

**ORDER**

AND NOW, this 28TH day of July, 2015, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, Defendant's response, and Plaintiff's reply thereto, as well as the record herein, and after review of the Report and Recommendation of M. Faith Angell, United States Magistrate Judge, TO WHICH THERE WERE NO OBJECTIONS, it is hereby ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The relief sought in Plaintiff's "Statement of Facts" [Document 8] is DENIED.

3. JUDGMENT IS ENTERED IN FAVOR OF DEFENDANT CAROLYN W. COLVIN, COMMISSIONER OF SOCIAL SECURITY, AND AGAINST PLAINTIFF JANE ELIZABETH BOYLE, AFFIRMING THE DECISION OF THE COMMISSIONER OF SOCIAL SECURITY.

4. The Clerk of Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

_____
JEFFREY L. SCHMEHL,    J.